**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1666

DARRELL GAEBEL,

Plaintiff - Appellant,

v.

UNITED STATES POLO ASSOCIATION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-00141-LMB-JFA)

Submitted:  May 2, 2023                           Decided:  June 20, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Teresa Taylor, Jude Nwaokobia, BUTZEL LONG, P.C., Washington, D.C., for Appellant.  Heather M. Fields, NELSON MULLINS RILEY & SCARBOROUGH LLP, Richmond, Virginia; Ian M. Dumain, CYRULNIK FATTARUSO LLP, New York, New York, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Gaebel appeals the district court's order dismissing for failure to state a claim his amended complaint for defamation and defamation per se, breach of contract, and intentional infliction of emotional distress.  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  *Gaebel v. U.S. Polo Ass'n*, No. 1:22-cv-00141-LMB-JFA (E.D. Va. May 12, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*